HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE GUILLEN, aka VICTOR MORAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE GUILLEN,<br>aka VICTOR MORAN,<br><br>  Defendant | No.  Cr. 2:10-cr-229 WBS<br><br>*AMENDED* STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM S. SHUBB |

Defendant, JORGE GUILLEN, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 14, 2012, this Court sentenced Mr. Guillen to a term of 147 months imprisonment;

3. His total offense level was 35, his criminal history category was III, and the resulting guideline range was 210 to 262 months.  He received a reduction off the low-end of the applicable range and the mandatory minimum on the government's motion;

4. The sentencing range applicable to Mr. Guillen was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Guillen's total offense level has been reduced from 35 to 33, and his amended guideline range is 168 to 210 months. A reduction comparable to the one he received initially produces a term of 117 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Guillen's term of imprisonment to a total term of 117 months. The parties agree this sentence is fair and reasonable under 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated: November 3, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: November 3, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
JORGE GUILLEN, aka VICTOR MORAN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Guillen is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 168 to 210 months.  A reduction comparable to the one he received initially produces a term of 117 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2012 is reduced to a term of 117 months, a sentence that is fair and reasonable under 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Guillen shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  May 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE